IMMIGRATION COURT
* STATE OF TEXAS *
4-23CV-1082P

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

To THE Following Councel of Said Court, Now Comes "Alberto Logos" Heretofore to STATE THE Following:

I.

United States Has A Demanding ordinance to Allow A Person from other Nationalities to wit — One IS Established in The Country of THE America, to have And hold, The initial (Hearing) Under 440 (d) applies to Sec. 212 (c) a.

II.

By Said Respondent relief of immigration Deportation It is THE Contantion That If This Statutory Construction is Applied Creates two Classes" OF "Aliens" identical to every respect except for The fact That Member of The Board The First significant Expansion of The Seventh Proviso occurred, IN Matter Of L.L.i.E.N, There the Board held That The Proviso was not Limited, IN Factual".
IN Guilt of A Person established within The Grounds of Texas (Lubbock) Worked And Married Children with Respect for Said Charge This Should Be Altered for The Fact That Person entitled As The AT.. i.e. has All Rights to Proceed As The FAther, Husband, of Stationed Family.

2.

The Responsibility of This Individual has been Remarked As Perfection, And Because of ones Altered And dominate ways That he decided to Cause Him Harm; And Placed Him As A Scapegoat in Language And Chose Him, And All Being scared, Panicked, And on All Retrospect Searching for A Place to Hide from The People After me, As This Person Ran to A House for Assistance Found The door opened it And hid Inside And Gave him the Notion of Safety Then, When A Gun was Pointed at him He Did not Fear Cause The Person had his Right. Afterwards The Man Called Police But He has Very Little English, in his Tongue Therefore The Fact is He Looked For Refuge Nothing Else. His Right to Hide And Keep Alive, Establishes The Precedent of his Case Been incarcerated For 2 yrs waiting on his Case. Thats Wrong In every word of the dictionary. Sixth Amendment Defense After A Firm Command Facts on This Case And Asks For Relieve And Acquittal. Governing Law, Burden of Mistake, Reasonable Decision. See: 104 S.Ct at 2066, 284 S.W. 3d 867 Strickland 466 U.S. at 691

Prayfully Seeking Respectfully /s/ Albert Logo



Lubbock County Detention Center
Inmate Name: Albert Logo
2143

Box 9133
Seminole, FL 33775-9133

Legal Mail

To: Eli Albert Logo, Albert
501 W. 10th Rm 310
Ft. Worth TX
76102-3673

RETURN SERVICE REQUESTED

OCT 24 2023

INDIGENT

76102-364185

