UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ALBERTO LOGOS,**

 Plaintiff,

v.           No. 4:23-cv-1082-P

**UNITED STATES OF AMERICA,**

 Defendant.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Alberto Logos in this action is **DISMISSED** for lack of jurisdiction.

**SO ORDERED** on this **11th day** of **December 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE